■ In the Matter of WILLIAM MCKETHAN, Petitioner, v DAVID STALLONE, Superintendent, Cayuga Correctional Facility, Respondent. [988 NYS2d 520]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Cayuga County [Mark H. Fandrich, A.J.], entered January 14, 2014) to review a determination of respondent. The determination found after a tier II hearing that petitioner had violated an inmate rule.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Scudder, P.J., Fahey, Peradotto, Lindley and Sconiers, JJ.

**32** THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN C. JOHNSON, Also Known as KEVIN JOHNSON, Appellant. [988 NYS2d 393]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered May 21, 2013. The judgment convicted defendant, upon his plea of guilty, of failure to register a change of internet accounts.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of failure to register a change of internet accounts (Correction Law § 168-f [4]). Contrary to defendant's contention, the record establishes that he knowingly, voluntarily and intelligently waived the right to appeal (*see generally People v Lopez*, 6 NY3d 248, 256 [2006]), and that valid waiver forecloses any challenge by defendant to the severity of the sentence (*see id.* at 255; *see generally People v Lococo*, 92 NY2d 825, 827 [1998]; *People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Fahey, Peradotto, Lindley and Sconiers, JJ.